**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JEFFERY PAUL MARCUM**                                                 **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 3:22-cv-00677-TSL-RPM**

**LCDF**                                                                                      **DEFENDANT**

**ORDER AMENDING DOCKET**

BEFORE THE COURT is *pro se* Plaintiff Jeffery Paul Marcum's Response [7] to the Court's Order [6]. Plaintiff wants to replace Lauderdale County Detention Facility ("LCDF") with Lauderdale County, Mississippi, as Defendant. [7] at 1. He also wishes to name Greater Meridian Health, Captain Fortinbarry, Nurse Practitioner Mrs. Erica, and Head Nurse Ms. Merry Jo as Defendants. *Id.* at 2. The Clerk of Court shall amend the docket accordingly.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall replace Defendant LCDF with Lauderdale County, Mississippi, as Defendant herein.

**IT IS, FURTHER, ORDERED** that the Clerk of Court shall add Greater Meridian Health, Captain Fortinbarry, Nurse Practitioner Mrs. Erica, and Head Nurse Ms. Merry Jo as Defendants herein.

**SO ORDERED,** this 10th day of January, 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE