IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFERY PAUL MARCUM                                                                                    PLAINTIFF

VERSUS                                                CIVIL ACTION NO. 3:22-cv-00677-TSL-RPM

LAUDERDALE COUNTY, et al.                                                                    DEFENDANT(S)

## ENTRY OF APPEARANCE

The undersigned, Lee Thaggard, hereby enters his appearance as counsel of record for Defendants, Lauderdale County and Captain Brian Fortenberry, in this case.

This the 7th day of February, 2023.

Respectfully submitted,

LAUDERDALE COUNTY AND
CAPTAIN BRIAN FORTENBERRY, Defendants

BY:   */s/ Lee Thaggard*
Lee Thaggard (MSB #9442)
Barry, Thaggard & May, LLP
P.O. Box 2009
Meridian, MS 39302-2009
Office:    (601) 693-2393
Facsimile: (601) 482-7855
thaggard@btmlegal.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

     I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

     none

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant:

     Jeffery Paul Marcum
     Lauderdale County Detention Center
     2001 5th Street
     Meridian, MS 39301

This the 7th day of February, 2023.

                                              */s/ Lee Thaggard*
                                              Lee Thaggard