AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

Jeffery Paul Marcum

*Plaintiff(s)*

v.    Civil Action No. 3:22-cv-677-TSL-RPM

Lauderdale County, Mississippi, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nurse Practitioner Erica Unknown
2001 5th Street
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEFFERY PAUL MARCUM
Lauderdale County Detention Center
2001 5th Street
Meridian, MS 39301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 2/22/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Jeffery Paul Marcum <br> *Plaintiff(s)* <br> v. <br> Lauderdale County, Mississippi, et al. <br> *Defendant(s)* | Civil Action No. 3:22-cv-677-TSL-RPM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Head Nurse Merry Jo Unknown
2001 5th Street
Meridian, MS 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFERY PAUL MARCUM
Lauderdale County Detention Center
2001 5th Street
Meridian, MS 39301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 2/22/2023

*Signature of Clerk or Deputy Clerk*